**FILED**

**07/15/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Honorable Judge James Patrick Hanlon,   July 13, 2022

I respectfully write to ask if I can file a MOTION to AMEND my petition for just and proper factual evidence that was discovered on my part but never raised by my previous ineffective counsel. This evidence is also on the record in part. The prison lost all my legal documents in 2021. I didn't find out everything until June 1, 2022, but I knew in March 2022 they never gave me my property, and never responded to me for my lost property from another facility that I was transferred from Wabash Valley Prison, and I didn't get my eye-glasses until late Feb. 2022.

The Amended Petition under Townsend vs. Sain 83 S.Ct. 745 (US III 1963) "I have facts that can be proved, that would entitle me to relief, under Townsend Id. At 314 83 S.Ct 754. This mandate requirements I fully understand and can meet this requirement with clear and convincing evidence. And I will show I'm entitled to relief under 28 USC § 2254 (d)(1) or (d)(2). I can rebut the STATE courts factual findings.

I have factual basis claims, that I just found and remembered myself, that are Relief worthy.

Sir I wanted to write and ask your permission.
I ask and pray that you will grant me this opportunity.

Respectfully,
William Crockett III
Doc.# 973512