WILLIAM CROCKETT )
  Petitioner )  UNITED STATES DISTRICT COURT
 )  SOUTHERN DISTRICT OF INDIANA
V. )  INDIANAPOLIS DIVISION
MARK SEVIER )
 )  NO: 1:22-CV-00556-JPH-TAB

## Motion to Amend

Pursuant to 28 U.S.C. § 2254 Habeas Corpus Petition by a Person in State Custody to state every ground on which I am being held in violation of the Constitution, laws, or treaties of the United States. Now comes the Petitioner William Crockett on the grounds or merits of factual dispute were not resolved in state hearing. The States factual determination is not fairly supported by the record as a whole. The fact-finding procedure by the state court was not adequate to afford a full and fair hearing. There is substantial allegation of newly discovered evidence. The material facts were not adequately developed at the state court hearing or for any reason the trier of fact did not afford the Habeas Petitioner William Crockett a full and fair hearing. I ask and pray that the Honorable Judge and Court will accept my motion. The state courts decision was contrary to or involved an unreasonable application of established Federal laws as determined by the Supreme Court of the United States, and the legal issues that has not been considered by the state. I ask that this motion be granted in respect to justice and hopes of some form of relief to be granted, to get released from prison or any other relief sought I am due. I declare under penalty of perjury that all of the statements in this petition are true and agree to promptly try the court if any change of address.

Respectfully,
William Crockett
WILLIAM CROCKETT
Doc number # 223572
Newcastle Correctional Facility
1000 Van Nuys Road
P.O. Box A
Newcastle, IN 47362

WILLIAM CROCKETT           UNITED STATES DISTRICT COURT
  Petitioner              SOUTHERN DISTRICT OF INDIANA
                             INDIANAPOLIS DIVISION
       V.

MARK SEVIER
   Respondent


INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL - Matter of Law

1. COUNSEL FAILED TO INVESTIGATE EXCULPATORY EVIDENCE THE ACTUAL CAUSE OF DEATH IN CONFLICT SEE: Autopsy Report with the Murder shown to the Jury And the prosecutor's TESTIMONY AND the STATES WITNESS Who GOT A DEAL TESTIMONY. The bullet that was the cause of Death cannot dispense out of the Murder weapon Shown, that the prosecutor said was mine because Michael WRIGHT said he never seen it but Andrew had it balled up

2. In some clothes While I was out of Town. There was No Fingerprints or proof of ownership to say it belonged to William Crockett like the prosecutor told the Jury but never showed Autopsy

Death (objected) counsel Should have impeached WRIGHT And filed prosecutor misconduct knowingly making False statements To Jury And presenting FAlSE evidence

2. Ineffective Assistance of Counsel.

Failed To File A Motion For An Judgment OF ACQUITAL When Mike WRIGHT Testified And Mike WRIGHT NEVER spoke To William Crockett And Said HE NEVER spoke to William Crockett Telling him to Commit A MURDER, He NEVER spoke To William Crockett While William Crockett was out of Town. And William Crockett Never gave him A Gun. Mike Wright Also States in his Trial Testimony that he "Mike Wright" WAS HIGH OFF Cocaine And wanted To Kill the victim for his own personal Reasons, And he killed him see Mr. Wrights Testimony. I Never had A Reason To Question My Attorneys I thought they knew I'm Innocent And could prove it (WRIGHT'S Testimony Alone is Exculpatory)

Page 2

3. **Ineffective Assistance of Trial Counsel for Failing to Depose and Call Antione Crockett As A Witness**

Antione Testimony would have provided Exculpatory Evidence And Viable Defense for all these False Accusations.

Antione and Mike Wright was together 90% of the time, Every day. The Day of the Murder Antione and Mike Wright was picking money - collecting money and selling drugs, they went and got Wrights Mother at 9:00 A.M. Antione said he got dropped off. The prosecutor and Everybody brung up Antione Crockett name.

Antione Crockett could told them I Never gave him a gun in his life

Antione Crockett could of told them I never told him to kill Anyone in his life.

Antione Crockett could have Testified to Everything him and Wright Do And Discuss.

Antione Crockett could of told you that I had kids with ME And then took 2 women out of town to Fort Wayne to party at the clubs for the weekend, Lindsay Rden, Dawn Brown

Antione Crockett could of told the Jury that William Crockett Only discussed the hustling Equation, with him, And Antione Crockett could Testified we only go to clubs and party with Girls, Or pack, or barbque when we spend time together. Antione could have testified he didnt get a gun of any caliber Gun.

Pg 3 continued

Continued Ground 3. Ineffective Assistance of Trial Counsel For Failing To Call Antrone Crockett as a witness, Antrone's testimony was Exculpatory Evidence.

Antrone Crockett Also would have Testified he Never got Any Caliber bullets from ME or MY Apartment.

Antrone Crockett could have Testified and Told the Jury I use to go to the Casino 5 to 6 Times a Week And I Won a Nice Amount of Money Every Time I went.

Antrone Crockett could have Testified I would Always go To The Casinos in Gary Indiana, and the Blue Chip with My Father, Grandfather, Dawn Burns, Lindsay Rider, Mother, Dominique Five days a Week.

Antrone Crockett could have Testified I Spent Time with My Kids Every week And Took other Kids and relatives places - Pizza Parties, Amusement Parks, Showbiz, Rent Hotel Suites so They Go Swimming.

Antrone Crockett could've Testified I had A working history - You can verify worked At Bakers Rubber, Thermo Plastics, Signature Group Telemarketing 4-Macdonalds, Rally Hamburgers, Penny Saver, Tribune- South Bend delivery, Tru Green-Lawn, Veterans Telemarketing downtown South Bend, Time Ins Building The First Time off of Main St. - 1 Block from Court House downtown South Bend, I had A Job At the Recycling Metal Factory Building in Elkhart, 2 other Jobs in Elkhart also still cut my checks, I cant remember the Name of them but I I was a Forklift driver through temp service Building Campers - RV's, the other I was a Stainer And painter.

I had My own personal Landscaping And painting business, And Antrone Crockett could have Testified I went To Ivy Tech College, for business Administration Associates Degree - Did not finish. Antrone could Testified I was never in the STREETS, Antrone Crockett could have Told them I spent all of Time with Family.

PAGE 4

3. Continued Ineffective Assistance of Trial Counsel For Failing To Call Antione Crockett as a witness Antione Crockett Testimony would have provided exculpatory evidence and a viable defense for all these false accusations, for William Crockett. Also Antione Crockett could have testified Mike Wright never talked to me the day or night of the murder. He was with Wright entire day and night 1 or 2am. Antione Crockett could have testified he got dropped off and Wright admitted to killing the victim for his own reasons.

Antione Crockett could've testified that William Crockett never told Mike Wright to kill anyone.

Antione Crockett could've testified William Crockett never gave Mike Wright a gun, a weapon, nor ammunition of any kind.

Antione Crockett could've testified that we were not together ever discussing any type of murder with Mike Wright, ice period.

Antione Crockett could've testified that Mike Wright got high off cocaine regularly. Antione Crockett could also testify William Crockett was out of town and didn't call victim. Antione Crockett could've also testified William Crockett did not call the victim to lure him out.

Ineffective assistance of counsel for failing to investigate exculpatory evidence. And request all phone records of any in question at any time concerning the victim, Mike Wright, Antione Crockett, and William Crockett and Best Western Hotel in Angola, and Carltons Lodge in Mishawaka In. Never any discussions of murder, or guns by William Crockett or anybody William Crockett talked too.

4. Ineffective Assistance of Trial of Counsel For Failing To **INVESTIGATE**

Trial counsel failed to file motion to suppress, evidence, of the Gun

And should have objected to the prosecutor presenting a gun **CALLING IT** the murder weapon owned by William Crockett, he would have exercised ordinary skill he would have compared the autopsy report in full and the actual bullet **CAUSE OF DEATH** with the weapon shown **AND FOUND OUT IT CANNOT DISPENSE (dispenses)** these kind of bullets. That this prosecutor claimed **THAT THE GUN WAS OWNED BY WILLIAM CROCKETT** with no proof. (She testified. The prosecutor statement carried with the jury to trust the Government judgment of...

5. Prosecutor could have subpoenaed all phone records and tapes of cellphones, hotels, and houses **I WAS AT** to prove my **INNOCENCE** And never ordered or told any one to commit murder or provided any weapon to any one.

5B. Prosecutor Misconduct

'The alleged "FACTUAL" improprieties were so egregious that they totally infected the trial. was so prejudicial as to deprive William Crockett of a FAIR TRIAL.

When the prosecutor was permitted to testify knowingly introduced perjured testimony, false evidence.

Jeanne Calabrese bolstered the states witnesses Kyle and Wright who both gave conflicting statements as they both made deals for lesser sentences, and had motives to lie, in some point the prosecutor had to listen to Kyle's testimony he said it was a drive by shooting And it was weeks, or months before this victim deceased And he just made up And said anything but in this Trial - The prosecutor stressed drugs, with Kyle and others. M. Wright admitted to the killing. And said I never spoke to him so how can I get convicted for a crime I did Not commit or have any knowledge, out of town partying with 2 girls. I never gave anybody orders or weapons to kill anyone. "Facts" Prosecutor had to listen to Wrights Testimony, Prosecutor used false evidence, perjured testimony. The churches rested almost on the creditability of the states witnesses and a gun that wasn't the murder weapon And Mike Wright testimony - He was the only eye-witness, And he actually committed the crime, his testimony was critical to the Prosecutors case. And he said he never Talked to me or was told by me to kill anybody, And I never gave him a gun or weapons.

PAGE 6

Continued

7. Ineffective Assistance of Trial Counsel should have filed amended Motions for a Mistrial.

8. Ineffective Assistance of Trial Counsel for Failure to Call William Crockett to Testify for Exculpatory evidence. I could've testified to all my facts And that I never told Anyone to kill the victim, I never gave anybody a weapon or ammunition to kill the victim. I never told Any body to get a gun from my apartment, When I didn't have Any guns or ammunition at my apartment. I could've Admitted to my lifestyle, with family and friends, My Gambling, And I would never kill anyone or tell anybody.

9. Direct Appeal Counsel should have Emphasized Wright's Testimony - Admitted to killing the Victim at Wright's Counsel.

10. Direct Appeal Counsel was Ineffective for Failure to Call Antwone Crockett as Witness - evidentiary Hearing.

11. Direct Appeal Counsel was Ineffective for Failure to investigate Coun and Autopsy Report cause of Death.

12. Direct Appeal Counsel was Ineffective for Failure to File Prosecutor Misconduct - Gun to Jury saying bullet Caused.

13. Ineffective Assistance of Post Conviction Counsel for Failure to Call Antwone Crockett - For Evidentiary Exculpatory Evidence his Testimony, And Concerning all events leading to the Night in question.

14. Ineffective Assistance by not getting Antwone Crockett's Testimony to be A part of the record.

15. Ineffective Assistance of Counsel for Failing to Call Mike Wright for Evidentiary Hearing And Exculpatory Evidence William Crockett never told him, Gave him An order to kill Anyone nor ever gave him a weapon, nor Talked to him While I was out of Town, nor in town the Nights in question on the Telephone, He said he Killed the victim because he wanted Too for his own reasons, And said he was getting high off cocaine, And said he killed the victim, William Crockett NEVER Told him to do Any of those Acts. I never got

16. Ineffective Assistance of Post Conviction for Failing to Call William Crockett to Testify in reference to this Case for Exculpatory Evidence And Every event, person, or item in question.

7. Ineffective Assistance of Post Conviction Counsel Failure to Investigate Autopsy Report Actual Cause of Death Knowing That was in conflict with Not only the prosecutors testimony, but she Also presented A Weapon to the Jury that was not The Cause of Death, "See Bullets And only Certain guns Can shoot certain bullets .38 bullet, 32 caliber, 9 millimeter 9 millimeter bullet, 357 only .357 bullets. →

over Page 8 continued

17. Ineffective Assistance of Post Conviction Counsel for Failing to Investigate Bullets and Actual Cause of Death, "Autopsy Report" By Dr. Michael Clemmell ? In full, To prove the prosecutor infected the jury with false evidence and the gun was never mine no proof of ownership, no fingerprints, and her perjured testimony by her, and states witness of what kind of gun was used to kill victim.

18. Ineffective Assistance of Post Conviction Counsel for Failing to Call William Crockett to testify on record for exculpatory evidence to presented for relief of all events in question.

19. Prosecutor Misconduct - The state failed to evaluate this case and the evidence properly in accordance with the correct standard by reasonable determination of facts.

20. Prosecutor Misconduct - knowingly used some part of this investigation in a trial by false evidence perjured testimony - Because Joanne Calabrese failed to call Andrew Crockett as a states witness - My William Crockett exculpatory evidence. And she knew Mike Wright was always together even night of the Mike Wrights decision to kill the victim, Andrew was with him earlier and everyday previously

21. Ineffective Assistance of Trial Counsel for Failing to Try and get me a Plea bargain. Mr. Kuzma never said the state offered me a plea bargain. The prosecutor wanted me guilty of having people sell drugs and collect money, they knew I didn't kill or have anybody, or tell anybody or provide weapons to kill anybody, nor the victim.

22. Ineffective Assistance of Trial Counsel For Failing To Request The Submission of Instructions of lesser included offenses - drugs of lesser

22. Ineffective Assistance of Trial Counsel for Failing To Investigate and Subpoena all phone Records and Tapes in Question Apts Cell Phone, House's, Hotels For Exculpatory evidence no murder or gun discussed by William Crockett

23. Ineffective Assistance of Trial Counsel for Failing To Investigate and Request The Submission of Instructions of lesser included Charges whatever deemed necessary, I didn't commit the underlying offense in no shape or form.

24. Ineffective Assistance of Post Conviction Counsel - To Investigate Subpoena phone records Cell Phones Houses, Apts, Hotels, Any inquisition To prove William Crockett never discussed murder or weapons with anybody.

25. Ineffective Assistance of Post Conviction Failure to Investigate And Present. Ineffective Assistance of Trial Counsel For Failing To uphold the Effective Assistance of Counsel Standard.    Page 10