William Bernard Crockett III
Petitioner
v.
Warden New Castle Correctional Facility
Respondent

PLEASE AMEND PETITION.
ALL INCLUDED CLAIMS OF INEFFECTIVE ASSISTANCE OF COUNSEL FOR PA. ILDES, FOR NOT INVESTIGATING AND PRESENTING EXCULPATORY EXONERATION EVIDENCE FROM WRONGFUL AND FALSE IMPRISONMENT.

1. JAMES KORPAL — Failed to INVESTIGATE — ADJUDICATE MY NAME — 1st Amendment Right, Due Process Right, Equal Protection VIOLATIONS OF 1st, 4th, 5th, 6th, 8th, 9th, 13th, and 14th Amendments. I address Korpal about this EVERYBODY.

2. CHARLES LAHEY — See Jury Private Judges name, the judgment in her name violating my 1st, 4th, 5th, 6th, 7th, 9th, 13th and 14th Amendment Rights — Trial Transcripts, Also on Case, Jury findings Before and Judgment Order name and conflicting judgement conviction orders 18 Years Ago In the same court.

3. MARISSA RUSKO — Some things I address her about this, In Post Conviction violating 1st, 4th, 5th Failed to INVESTIGATE and ARTICULATE, ADJUDICATE MY NAME, 6th, 8th, 9th, 13th, and 14th Amendment.

4. JOHN KINDLEY I addressed In my Post Conviction, Also Judges and Prosecutors, but no one responded adequately based on the facts or my name had the Judge Every order. He Failed to INVESTIGATE. THE BASIC — Due Process Violation, 1st Amendment and the 4th, 5th,

5. All Facts of Evidence is IN the name of the case. STATE of INDIANA V. WILLIAM CROCKETT (NAME) Cause Number 71D01-0310-MR-000027 ALSO SEE FINGERPRINT CONFIRMATION of my identity who was tried For Cause Number 71D01-0310-MR-000027 — STATES THE NAME William Bernard Crockett III.

Also SEE Jury Trial Transcripts and Findings of Guilt for what Specific name of Identity. NOT WILLIAM BERNARD CROCKETT III, Facts.

Also THE NAME SPECIFIC UNIQUE MANDATORY GOVERNMENT AFFIXED NAME IS of WILLIAM BERNARD CROCKETT III IS NOT documented on the JUDGEMENT And CONVICTION SENTENCING ORDER ISSUED BY Judge Albright IN JAN 2005 For the STATE of INDIANA V. (THE NAME) William Crockett. In cause Number 71D01-0310-MR-000027.

Also other relevant factual material evidence, SEE Judge John Marnocha deciding cases for William Bernard Crockett III and other Judges In the St. Joseph Cause Case.